**Electronically Filed
Supreme Court
SCPW-25-0000157
23-APR-2025
08:52 AM
Dkt. 16 ODDP**

SCPW-25-0000157

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

WILLIAM COWARD, Petitioner,

vs.

THE HONORABLE TIMOTHY E. HO,
Judge of the District Court of the First Circuit,
State of Hawai'i, Respondent Judge,

and

HOPE M. RASMUSSEN and CECILIA F.M. RICHARDSON, individually and
as Co-Trustees of the Hope M. Rasmussen Trust Dated May 4, 2024;
WILLIAM RICHARDSON, Respondents.

ORIGINAL PROCEEDING
(1DRC-24-0008331)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Eddins, Ginoza, and Devens, JJ., and
Circuit Judge Kawashima, in place of McKenna, J., recused)

Upon consideration of Petitioner William Coward's letter to

the court that was filed as a petition for writ of mandamus on

March 13, 2025 (petition), and the record, the petition is

denied. Petitioner failed to establish a clear and indisputable

right to the relief requested and the lack of other means to

redress adequately the alleged wrong or to obtain the requested action.  See Womble Bond Dickinson (US) LLP v. Kim, 153 Hawaiʻi 307, 319, 537 P.3d 1154, 1166 (2023).

It is ordered:

1.   The petition is denied.

2.   The filing fee is waived.

DATED:  Honolulu, Hawaiʻi, April 23, 2025.

/s/ Mark E. Recktenwald

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ James S. Kawashima



2